**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

**JUDITH PIEGZA, LAWRENCE PIEGZA,**

            **Plaintiffs,**

**-vs-**                                                        Case No.  6:06-cv-1162-Orl-28KRS

**PHILLIP MORRIS USA, INC., TOBACCO INSTITUTE, INC.,**

            **Defendants.**
_____

# MILBURN ORDER

        This case is before the Court on Defendant the Tobacco Institute, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, doc. no. 10. Because the Tobacco Institute relies on evidence outside the pleadings in support of its motion, I will treat the motion as a motion for summary judgment, Fed. R. Civ. P. 12(b), and take the matter under consideration on **October 10, 2006**. Until that date, an adverse party may file affidavits and other documents within the purview of Federal Rules of Civil Procedure 56 in opposition to the Motion.[1] Failure to oppose the Motion for Summary Judgment may result in judgment for movant without further proceedings. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).

        **DONE** and **ORDERED** in Orlando, Florida on September 26, 2006.

                                        *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiffs Judith Piegza and Lawrence Piegza are advised that the Response in Opposition to Defendant, the Tobacco Institute, Inc.'s Motion to Dismiss, doc. no. 23, does not comply with Local Rule 3.01(b) because it is not accompanied by a memorandum of law. Plaintiffs have until October 10, 2006, to file an amended response..